MARCH 7, 1983

No. 82–1098. RODRIGUEZ *v.* DISTRICT OF COLUMBIA DEPARTMENT OF EMPLOYMENT SERVICES. Appeal from Ct. App. D. C. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. 

No. 82–6054. BECKER *v.* DORAN, SUPERINTENDENT, CALIFORNIA REHABILITATION CENTER. Appeal from C. A. 9th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. 

No. A–664. PALMORE *v.* SIDOTI. Application to stay the mandate of the District Court of Appeal of Florida, Second District, addressed to JUSTICE MARSHALL and referred to the Court, denied. JUSTICE STEVENS would grant the application.

No. A–678. WALKER *v.* UNITED STATES. D. C. E. D. Mich. Application for stay, addressed to JUSTICE REHNQUIST and referred to the Court, denied.

No. A–679. CADLE *v.* UNITED STATES. D. C. E. D. Mich. Application for stay, addressed to JUSTICE REHNQUIST and referred to the Court, denied.

No. A–690. HAYFIELD NORTHERN RAILROAD CO., INC., ET AL. *v.* CHICAGO, NORTHWESTERN TRANSPORTATION CO. C. A. 8th Cir. Application for stay, addressed to JUSTICE O'CONNOR and referred to the Court, denied.

No. A–691. IN RE CARTER ET AL. Bkrtcy. Ct. N. D. Ga. Application for stay, addressed to JUSTICE MARSHALL and referred to the Court, denied.